**Electronically Filed
Supreme Court
SCPW-12-0000432
30-MAY-2012
12:53 PM**

NO. SCPW-12-0000432

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

MICHAEL TIERNEY, Petitioner,

vs.

INTERMEDIATE COURT OF APPEALS OF THE STATE OF HAWAI'I,
Respondent.

---

ORIGINAL PROCEEDING
(ICA No. 29993)

ORDER

(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Upon consideration of the motion for reconsideration of the May 17, 2012 order denying the petition for a writ of mandamus,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED:  Honolulu, Hawai'i, May 30, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

